IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HONGJIN TAN, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | No. 3:21-CV-00930 |
| | § | |
| MERRICK B. GARLAND, ET AL., | § | |
| | § | |
| Respondents. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. The Magistrate Judge recommended dismissing the petitioner's habeas petition for lack of jurisdiction, because the case is now moot. Doc. No. 14 at 2. The petitioner filed a *Response to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.* Doc. No. 18. The petitioner "concurs with the Magistrate Judge's findings and has no opposition to this case being dismissed as moot." *Id.*

The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. This case is **DISMISSED WITHOUT PREJUDICE**. The petitioner's motion for an evidentiary hearing, Doc. No. 11, is **DENIED AS MOOT**.

**IT IS SO ORDERED** this 1st day of November, 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE